Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca 94501
Tel: (510) 263-8664
Fax: (510) 272-9158

Attorney for Debtors-In-Possession
Sonja Nicolle Colbert

# United States Bankruptcy Court

# Northern District of California

In re:

Sonja Nicolle Colbert

        Debtors-In-Possession.

Case No.: 19-41729

Chapter 11

**VERIFIED STATEMENT OF MARC VOISENAT PURSUANT TO BANKRUPTCY RULE 2014(a)**

      I, MARC VOISENAT, declare that:

1. I am an attorney at law licensed to practice before all the courts of this State and this Court. I have made an agreement with Sonja Nicolle Colbert to represent her in connection with the prosecution of this Chapter 11 case.

2. I have completed a computerized search of all matters and clients for whom I have rendered services since I began practicing law.

3. I have not found any clients for whom I have rendered services with any connections with the Debtor, principals of the Debtor, insiders, the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the office of the United States trustee

4. I am not a creditor, an equity security holder or an insider of the Debtor.

5.  I am not and was not an investment banker for any outstanding security of the Debtor.

6.  I have not been within 3 years before the date of the filing of the petition herein, an investment banker for a security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtor.

7.  I am not and was not, within 2 years before the date of the filing of the petition herein, a director, officer or employee of the Debtor or of any investment banker for any security of the Debtor.

8.  To the best of my knowledge, I do not hold or represent an interest adverse to this estate and do not have any connections with the debtor, debtor's principles, creditors, or any other party in interest in this case, except as set forth above, their respective attorneys or accountants, the United States Trustee or any person employed in the office of the United States Trustee.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2019 at Alameda, California.

/s/ Marc Voisenat
Marc Voisenat Attorney for
Debtor-In-Possession