Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca 94501
Tel: (510) 263-8664
Fax: (510) 272-9158

Attorney for Debtor-In-Possession
Sonja Nicolle Colbert

# United States Bankruptcy Court

## Northern District of California

In re:

Sonja Nicolle Colbert

        Debtor-In-Possession.

Case No.: 19-41729

Chapter 11

**ATTORNEY DISCLOSURE STATEMENT BANKRUPTCY RULE 2016**

      I, MARC VOISENAT, declare that:

1. I am an attorney at law licensed to practice before all the courts of this State and this Court. I have made an agreement with the Debtor to represent her in connection with the prosecution of this Chapter 11 case.

2. On March 18, 2019 I was paid $7,500.00 as an initial retainer. The source of funds was from the debtor.

3. The compensation agreed to be paid to me for professional services rendered in connection with the above-captioned case is my regular hourly rate plus costs and expenses. At this time, my regularly hourly rate is $425.00 per hour.

4. The services to be rendered are all ordinary and necessary legal services in connection with representing the debtors in their Chapter 11 case.

5. I have not shared nor agreed to share my compensation with anyone.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2019 at Alameda, California.

/s/ Marc Voisenat
Marc Voisenat Attorney for
Debtor-In-Possession