

Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca. 94501
Tel: (510) 263-8664
Fax: (510) 272-9158
Email: Voisenat@gmail.com

Attorney for Debtor-in-Possession
Sonja Nicolle Colbert

The following constitutes the order of the Court.
Signed: September 23, 2019

_____
**Charles Novack**
U.S. Bankruptcy Judge

# United States Bankruptcy Court

## Northern District of California

In re:

Sonja Nicolle Colbert

Debtor-in-Possession

Case No.: 19-41729

Chapter 11

**ORDER TO EMPLOY ATTORNEY FOR DEBTOR-IN-POSSESSION**

Upon reading and consideration of the Debtor's Application filed August 26, 2019 [Dkt #20] to employ Marc Voisenat as her attorney in this Chapter 11 case, and the court being satisfied that Marc Voisenat represents no interest adverse to the Debtor, or to such estate, that such employment is necessary and that good cause appears for such employment,

IT IS HEREBY ORDERED that the employment of Marc Voisenat as attorney for the Debtor and Debtor-in-Possession in this Chapter 11 case is approved pursuant to 11 U.S.C. § 327 effective July 30, 2019.

Fees and expenses are subject to court approval and any request for allowance and payment of such fees is subject to the court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Northern District of California.

*** END OF ORDER ***

**COURT SERVICE LIST**

No court service required