

Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca 94501
Tel: (510) 263-8664
Fax: (510) 272-9158
Email: Voisenat@gmail.com

Attorney for Debtor-In-Possession
Sonja Nicolle Colbert

The following constitutes the order of the Court.
Signed: September 26, 2019

_____
Charles Novack
U.S. Bankruptcy Judge

# United States Bankruptcy Court

## Northern District of California

In re:

Sonja Nicolle Colbert

      Debtor-In-Possession.

Case No.: 19-41729

Chapter 11

**ORDER APPROVING THE SALE OF 1109 SEMINARY AVENUE, OAKLAND, CA 94621 FREE AND CLEAR OF THE LIEN OF THE CIT GROUP INC.**

Date: September 17, 2019
Time: 10:00 a.m.
Crtrm: 215

    The motion of Sonja Nicolle Colbert, (the "Debtor") of the above-captioned chapter 11 estate, for an order approving and authorizing the Debtor's sale of the real property located at 1109 Seminary Avenue, Oakland, Ca. 94621 to IPX 1031 Exchange Services, Inc. as Qualified Intermediary for Andrew Woodside Carter for $812,500 came on for hearing at the above date and time.

    Appearances were stated on the record. The court having considered the pleadings filed and the oral argument of counsel hereby orders as follows:

The motion to approve the sale of 1109 Seminary Avenue, Oakland, Ca. 94621 (the "Real Property") is GRANTED pursuant to 11 U.S.C.§363(f).

IT IS FURTHER ORDERED AS FOLLOWS:

1. The Debtor's sale of the Real Property to IPX 1031 Exchange Services, Inc. as Qualified Intermediary for Andrew Woodside Carter for $812,500 is approved; and

2. The terms of the sale are fair and reasonable and the sale between the Debtor and the Buyers was negotiated in an arm's length transaction without duress or coercion and the Buyers are purchasing the Real Property in good faith pursuant to 11 U.S.C. §363(m); and

3. The sale is in the best interest of the estate and a reasonable exercise of the debtor's business judgment and the debtor is authorized to execute any and all documents, and to take any and all reasonably necessary steps to conclude the sale; and

4. The debtor is authorized to pay all necessary closing costs from the proceeds of sale of the Real Property; and

5. Debtor is authorized to make payment of a broker's commission in the amount of $20,312.50 from the proceeds of sale of the Real Property; and

6. The debtor is authorized to pay the deed of trust of Wells Fargo Bank in full pursuant to its payment demand; and

7. The debtor is authorized sell the property free and clear of the deed of trust recorded July 24, 2000 as Instrument No. 2000218719 of Official Records in the amount of $55,694.00 currently in favor of CIT Group, Inc.; and

8. Any proceeds remaining from the sale (the "Net Proceeds) shall be held by Asset Exchange Company and shall not be dispersed without further Order of this Court; and

9. The lien of CIT Group, Inc. shall attach to the Net Proceeds pending further Order of this Court in the same order of priority, validity, force, and effect that the lienholders had prior to the sale, subject to any claims or defenses the Debtor may possess with respect to each lien.; and

10. Bankruptcy Rule 6004(h) is waived; and

11. The debtor is authorized to execute any and all documents, and to take any and all reasonably necessary steps to conclude the sale.

IT IS SO ORDERED

Approved as to Form:

/s/ Jennifer Wong
Jennifer Wong – Attorney for
Wells Fargo Bank


/s/ Marta Villacorta
Marta Villacorta – Attorney for
the Office of the United States
Trustee

*** END OF ORDER ***

**COURT SERVICE LIST**

None