```
EDDY HSU, ESQ. (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK ST, STE 350
SAN MATEO, CA 94403
(650) 577-5950
Attorney for Creditor Cleveland Mitchell, Susan Cazares, Tisha Rose
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Sonja Nicolle Colbert,<br><br>        Debtor(s). | Case No. 19-41729 CN<br><br>Chapter 11<br><br>RS. No. RS-001<br><br>MOTION FOR RELIEF FROM STAY<br><br>FILED BY:<br>Cleveland Mitchell –Creditor<br>Susan Cazares – Creditor<br>Tisha Rose- Creditor<br><br>Date: April 24, 2020<br>Time: 10:00 AM<br>Courtroom: 215<br>1300 Clay Street, Oakland, CA 94612<br>Hon. Charles Novack |

**Moving Party and Creditors**, Cleveland Mitchell, Susan Cazares and Tisha Rose ("Movants"), by and through their attorney of record, respectfully moves the Court for relief from the automatic stay (provided by 11 USC 362(a)) to continue their state litigations in Alameda Superior Court (case no. RG17881383, RG19033658, and RG19032153 respectively) to adjudicate and liquidate their claims against Debtor Sonja Nicolle Colbert ("Debtor"). Movants are the plaintiff in the lawsuits filed. The Court has jurisdiction under 28 USC 157, 11 USC 1334 and 11 USC 362.

## Introduction

Movants seek relief from the automatic stay for cause pursuant to Section 362(d)(1) in order to proceed in Alameda State Court for purposes of liquidating their claims by judgment

against Debtor. Movants are not at this time seeking relief from stay to enforce the resulting judgment, and will take no action to enforce its judgment against the Debtor without further order of this Court. However, if there is an insurance policy available for Creditors to collect against, Creditors seek relief to collect against the Debtor's insurance policy.

## RELEVANT FACTS

Debtor filed her Chapter 11 bankruptcy petition on July 30, 2019. In her petition, Debtor listed Movants' claim as disputed and unliquidated. Movants filed their proof of claim timely. Cleveland Mitchell filed proof of claim #2, Susan Cazares filed proof of claim #7 and Tisha Rose filed proof of claim #6.

In the last filed disclosures dated March 6, 2020, the Debtor listed all three claims filed by Movants as "disputed". Specifically, Debtor has put all (3) claimants into an impaired class listing their claims as "disputed" with a payment of $0.00 and, in the same section, Debtor reserves the right to dispute the claim within 180 days of confirmation before she will pay it. *(See docket item 89, Part 2: Treatment of General Unsecured Creditors, Class 2b- table on page 5; See also page 6 lines 4-13.)*

Debtor also lists each of Movants as parties she will litigate against for her own claims. (*See docket item 89 - pages 11-12 under section (f) lawsuits*)

Since, Debtor both disputes and intends to liquidate her claims against the Movants, she does not need the Automatic Stay against the Movants. Specifically, the claims need to be adjudicated in State Court where they are filed in order to be liquidated. In her disclosures, Debtor provides no reason Debtor why she needs an extra 180 days to decide whether to dispute Movants' claims or not.

Movants pray for:

1. An order relief from the automatic stay under 11 USC 362(d) for cause as to Creditors: Cleveland Mitchell, Susan Cazares and Tisha Rose.
2. That the 14 day stay described in Bankruptcy Rule 4001(a)(3) be waived.
3. And for such relief as this Court deems appropriate.

**LAW OFFICE OF EDDY HSU**

Dated: April 1, 2020     /s/ Eddy Hsu
     EDDY HSU
     Attorney for Debtor