# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | | |
|---|---|---|
| In re: Sonja Nicolle Colbert ) | | Bankruptcy No.: 19-41729 CN |
| ) | | R.S. No.: RS-001 |
| ) | | Hearing Date: April 24, 2020 |
| ) | | Time: 10:00 AM |
| Debtor(s) ) | | |

**Relief From Stay Cover Sheet**

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed:     July 30, 2019    Chapter: 11
     Prior hearings on this obligation:    none    Last Day to File §523/§727 Complaints:

(B) Description of personal property collateral (e.g. 1983 Ford Taurus): N/A

    Secured Creditor [ ] or lessor [ ]
    Fair market value: $_____    Source of value: _____
    Contract Balance: $_____    Pre-Petition Default: $_____
    Monthly Payment: $_____    No. of months: _____
    Insurance Advance: $_____    Post-Petition Default: $_____
                                                   No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

    Fair market value: $_____ Source of value: _____ If appraisal, date: _____

    Moving Party's position (first trust deed, second, abstract, etc.): N/A

    Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed:_____ | $ | $ | $ |
| 2nd Trust Deed: _____ | $ | $ | $ |
| (Total) | $ | $ | $ |

**Other pertinent information: Creditor Cleveland Mitchell, Susan Cazares, and Tisha Rose seek Relief from Stay to pursue Civil Lawsuits RG17881383, RG 19033658, and RG19032153 (respectively) in Alameda Superior Court because Debtor marked Creditors; claim as disputed and unliquidated in schedules.**

Dated: 4/3/2020                                /s/ Eddy Hsu
                                                                           Signature

                                                                           Eddy Hsu
                                                                           Print or Type Name

                                   Attorney for    Creditor Cleveland Mitchell, Susan Cazares and Tisha Rose