EDDY HSU, ESQ. (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK ST, STE 350
SAN MATEO, CA 94403
(650) 577-5950
Attorney for Creditor Cleveland Mitchell, Susan Cazares, Tisha Rose

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

Sonja Nicolle Colbert,

    Debtor(s).

Case No. 19-41729 CN

Chapter 11

NOTICE OF HEARING MOTION FOR RELIEF FROM STAY; CERTIFICATE OF SERVICE

Date: April 24, 2020
Time: 10:00 AM
Courtroom: 215
1300 Clay Street, Oakland, CA 94612
Hon. Charles Novack

## NOTICE OF MOTION FOR RELIEF ROM STAY

**TO: Debtor Sonja Nicolle Colbert and her Attorney of Record:**

NOTICE OF HEARING IS HEREBY GIVEN in accordance with Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California that on **April 24, 2020 at 10:00AM** or as soon thereafter as the matter may be heard in Courtroom 215 of the above-entitled court located at **1300 Clay Street, Courtroom 215, Oakland, CA 94612**, Counsel EDDY HSU, ESQ. will move for an order

    A. Granting Relief from the Automatic Stay for as to Creditors: Cleveland Mitchell, Susan Cazares and Tisha Rose with civil case numbers RG17881383, RG19033658, and RG19032153 respectively;

    B. That the 14 day stay described in Bankruptcy Rule 4001(a)(3) be waived;

    C. Any other orders allows by the Court

PLEASE TAKE NOTICE THAT IF NEITHER THE DEBTOR NOR THE DEBTOR'S ATTORNEY APPEAR AT THE HEARING ON THIS MOTION, THE COURT MAY GRANT RELIEF FROM THE AUTOMATIC STAY TO PERMIT THE MOVING PARTY TO

CONTINUE LITIGATION IN ALAMEDA SUPERIOR COURT WITHOUT FURTHER HEARING BEFORE THIS COURT.

Date: April 3, 2020          /s/Eddy Hsu_____
                                        Eddy Hsu
                                        Attorney for Creditor Cleveland Mitchell, Susan Cazares, and Tisha Rose

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in the County of San Mateo. I am over the age of 18 years and not a party to the within entitled action. My business address is 1900 S Norfolk St, Ste 350, San Mateo, CA 94403.

     On today's date, I served the following documents:

1. MOTION FOR RELIEF FROM STAY; MEMORANDUM OF POINTS AND AUTHORITIES
2. COVER SHEET
3. DECLARATION OF **CLEVELAND MITCHELL** IN SUPPORT OF MOTION with Exhibit
4. DECLARATION OF **SUSAN CAZARES** IN SUPPORT OF MOTION with Exhibit
5. DECLARATION OF **TISHA ROSE** IN SUPPORT OF MOTION with Exhibit
6. NOTICE OF HEARING MOTION FOR RELIEF FROM STAY; CERTIFICATE OF SERVICE

by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Mateo, California, to all parties entitled to receive regularly mailed notices, addressed as follows:

| Sonja Nicolle Colbert | Marc Voisenat | Office of US Trustee |
|---|---|---|
| PO Box 31894 | 2329A Eagle Ave. | Attn: Terri H. Didion |
| Oakland, CA 94604 | Alameda, CA 94501 | 2500 Tulare St. #1401 |
| | | Fresno, CA 93721 |

ECF participants notified electronically.

     I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 3, 2020 at San Mateo, California.

                                         __/s/ Eddy Hsu_____
                                         Eddy Hsu