Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca 94501
Tel: (510) 263-8664
Fax: (510) 272-9158

Attorney for Debtor-In-Possession
Sonja Nicolle Colbert

# United States Bankruptcy Court

# Northern District of California

| | |
|---|---|
| In re:<br><br>Sonja Nicolle Colbert<br><br>        Debtor-In-Possession. | Case No.: 19-41729<br><br>Chapter 11<br><br>**REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: April 24, 2020<br>Time: 10:00 a.m.<br>Crtrm: 215 |

      Sonja Nicolle Colbert hereby requests the Court take judicial notice of its own file pursuant to F.R.E. Rule 201 and of the document attached hereto, specifically:

1.     Order to Set Aside Default

2.     Order of Dismissal Rose v Colbert.

3.     Order of Dismissal Cazares v Colbert.

4.     Email to Department 517 of the Alameda Superior Court dated July 30, 2019.

Dated: April 20, 2020

                                                                       /s/ Marc Voisenat
                                                                       Marc Voisenat, Attorney
                                                                       for Debtor-In-Possession

Law Offices of Andrew Wolff, PC
Attn: Wolff, Andrew
1615 Broadway,
4th Floor
Oakland, CA  94612

# Superior Court of California, County of Alameda
# Hayward Hall of Justice

| MITCHELL | No. RG17881383 |
| --- | --- |
| Plaintiff/Petitioner(s) VS. COLBERT | Order |
| Defendant/Respondent(s) (Abbreviated Title) | Motion to Vacate/Set Aside Default Denied |

The Motion to Vacate/Set Aside Default was set for hearing on 02/14/2020 at 11:00 AM in Department 517 before the Honorable Stephen Pulido. The Tentative Ruling was published and was contested.

Opposing Party CLEVELAND MITCHELL appeared by counsel Nefcy, DuncanMoving Party SONJA COLBERT appearing by cousel limited scope Sherrer, Gary.

The matter was argued and submitted, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

The tentative ruling is affirmed as follows:  The Motion of Defendants Sonja Colbert, individually and as Trustee of the Sonja Colbert Trust, to Set Aside the Entry of Default, dated June 8, 2018, pursuant to CCP § 418.10(a)(1), is DENIED.

The motion is procedurally deficient.  Defendant Colbert must have an attorney appear for her in her capacity as trustee of the Colbert trust.  See Hansen v. Hansen (2003) 114 Cal.App.4th 618, 621 (trustee must appear through counsel); and Ziegler v. Nickel (1998) 64 Cal.App.4th 545, 548 (same).

The Court, however, hereby sets aside the default on its own motion because it is facially deficient and its entry on June 8, 2018 deprived Defendants of their right to due process.  The Court notes that the Request for Default is erroneously captioned, Jackson, et al. v. Alajji, et al.

The Court will prepare the order and mail copies to the parties.  Counsel for Plaintiff shall file and serve the Notice of Entry of Order no later than February 19, 2020.

Plaintiff may file a second Request for Entry of Default after giving Defendants an opportunity to file a responsive pleading.

Dated:  02/14/2020

_facsimile_

_____
Judge Stephen Pulido

Superior Court of California, County of Alameda
Hayward Hall of Justice

Case Number: RG17881383
Order After Hearing Re: of 02/14/2020

## DECLARATION OF SERVICE BY MAIL

I certify that I am not a party to this cause and that a true and correct copy of the foregoing document was mailed first class, postage prepaid, in a sealed envelope, addressed as shown on the foregoing document or on the attached, and that the mailing of the foregoing and execution of this certificate occurred at
24405 Amador Street, Hayward, California.

Executed on 02/19/2020.
Chad Finke  Executive Officer / Clerk of the Superior Court

By _____
   digital
                                                  Deputy Clerk

FILED BY FAX
ALAMEDA COUNTY
September 26, 2019
CLERK OF
THE SUPERIOR COURT
By Shabra Iyamu, Deputy

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): |
|---|
| Andrew Wolff, Esq. SBN 195092 |
| Law Offices of Andrew Wolff, PC  1615 Broadway 4th FL, Oakland, CA 94612 |
| TELEPHONE NO: 510-834-3300    FAX NO. (Optional): 510-834-3377 |
| E-MAIL ADDRESS (Optional): andrew@awolfflaw.com |
| ATTORNEY FOR (Name): Plaintiff ROSE |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME:

PLAINTIFF/PETITIONER: ROSE
DEFENDANT/RESPONDENT: COLBERT

REQUEST FOR DISMISSAL

CASE NUMBER: RG19032153

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) ☐ With prejudice    (2) ☑ Without prejudice
   b. (1) ☐ Complaint    (2) ☐ Petition
      (3) ☐ Cross-complaint filed by (name):    on (date):
      (4) ☐ Cross-complaint filed by (name):    on (date):
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☑ Other (specify):* as to SONJA COLBERT, an individual (only as individual)

2. (Complete in all cases except family law cases.)
   The court ☑ did  ☐ did not waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).

Date: 09/26/2019
Andrew Wolff, Esq.
(TYPE OR PRINT NAME OF ☑ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)    (SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
☑ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross-Complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given.**
   Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)    (SIGNATURE)

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
☐ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross-Complainant

(To be completed by clerk)
4. ☐ Dismissal entered as requested on (date):
5. ☒ Dismissal entered on (date): SEP 2 6 2019  as to only (name): SONJA COLBERT, AN INDIVIDUAL
6. ☐ Dismissal not entered as requested for the following reasons (specify):

7. a. ☐ Attorney or party without attorney notified on (date):
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
        ☐ a copy to be conformed  ☐ means to return conformed copy

Date: SEP 2 6 2019    Chad Finke Clerk, by _Judith de Jesus_, Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. Jan. 1 2013]

REQUEST FOR DISMISSAL

Code of Civil Procedure, § 581 et seq.
Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

Case: 19-41729    Doc# 119    Filed: 04/20/20    Entered: 04/20/20 13:45:25    Page 4 of 9

CIV-110

| PLAINTIFF/PETITIONER: ROSE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COLBERT | RG19032153 |

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

## Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name)*: Tisha Rose
2. The person named in item 1 is *(check one below)*:
   a. [✓] not recovering anything of value by this action.
   b. [ ] recovering less than $10,000 in value by this action.
   c. [ ] recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*
3. [ ] All court fees and court costs that were waived in this action have been paid to the court *(check one)*: [ ] Yes [ ] No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: 09/26/2019

Andrew Wolff, Esq.

(TYPE OR PRINT NAME OF [✓] ATTORNEY [ ] PARTY MAKING DECLARATION)

▶ _____ (SIGNATURE)

| FILED BY FAX | CIV-110 |

ALAMEDA COUNTY

September 26, 2019

CLERK OF THE SUPERIOR COURT
By Shabra Iyamu, Deputy

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
Andrew Wolff, Esq. SBN 195092
Law Offices of Andrew Wolff, PC  1615 Broadway, 4th FL, Oakland, CA 94612
TELEPHONE NO.: 510-834-3300     FAX NO. (Optional): 510-834-3377
E-MAIL ADDRESS (Optional): andrew@awolfflaw.com
ATTORNEY FOR (Name): Plaintiff CAZARES

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME:

PLAINTIFF/PETITIONER: CAZARES
DEFENDANT/RESPONDENT: COLBERT

**REQUEST FOR DISMISSAL**

CASE NUMBER: RG19033658

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document.
- This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) [ ] With prejudice   (2) [✓] Without prejudice
   b. (1) [ ] Complaint   (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name):                   on (date):
      (4) [ ] Cross-complaint filed by (name):                   on (date):
      (5) [ ] Entire action of all parties and all causes of action
      (6) [✓] Other (specify):* as to SONJA COLBERT, an individual (only as individual)

2. (Complete in all cases except family law cases.)
   The court [ ] did [✓] did not waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).

Date: 09/26/2019

Andrew Wolff, Esq.
(TYPE OR PRINT NAME OF [✓] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)        (SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
[✓] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross-Complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given.**
   Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)        (SIGNATURE)

** If a cross-complaint — or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross-Complainant

(To be completed by clerk)
4. [ ] Dismissal entered as requested on (date):
5. [X] Dismissal entered on (date): SEP 2 6 2019   as to only (name): SONJA COLBERT ONLY
6. [ ] Dismissal not entered as requested for the following reasons (specify):

7. a. [ ] Attorney or party without attorney notified on (date):
   b. [ ] Attorney or party without attorney not notified. Filing party failed to provide
         [ ] a copy to be conformed   [ ] means to return conformed copy

Chad Finke
Date: SEP 2 6 2019        Clerk, by  Judith de Jesus, Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. Jan. 1, 2013]

REQUEST FOR DISMISSAL

Code of Civil Procedure, § 581 et seq.;
Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

CIV-110

| PLAINTIFF/PETITIONER: CAZARES | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COLBERT | RG19033658 |

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**
If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

## Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name)*:

2. The person named in item 1 is *(check one below)*:
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action.
   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. ☐ All court fees and court costs that were waived in this action have been paid to the court *(check one)*: ☐ Yes ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _____

_____    ▶ _____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)         (SIGNATURE)


21202195

# Mitchell vs. Colbert RG17881383

Gary Cloutier <gary@awolfflaw.com>
Tue 7/30/2019 3:56 PM

To:Dept. 517, Superior Court <dept517@alameda.courts.ca.gov>;

1 attachments (67 KB)
201907301545.pdf;

**FILED**
ALAMEDA COUNTY
JUL 31 2019
CLERK OF THE SUPERIOR COURT
By_____
Deputy

Dear Clerk of the Court:

In behalf of the Plaintiff, we are writing with respect to a default prove up hearing set for July 31, 2019 in dept 517.

At 3:30 today, Marc Voisenat, the bankruptcy lawyer for the defendant, Sonja Colbert, called this office to advise his client had filed for bankruptcy, and we may be in violation of a Federal Court order if we proceed.

Therefore, we ask for a six month continuance, with a CMC to be held while we determine if we should file a claim in Federal Bankruptcy Court.

The Notice of Bankruptcy filing is attached.

Thank you.

Gary Cloutier

United States Bankruptcy Court
Northern District of California

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 07/30/2019 at 11:43 AM and filed on 07/30/2019.



**Sonja Nicolle Colbert**
P.O. Box 31894
Oakland, CA 94604
SSN / ITIN: xxx-xx-5440
*aka* **Sonja N. Colbert**
*aka* **Sonja Colbert**

The debtor's attorney is:

Marc Voisenat
Law Offices of Marc Voisenat
2329A Eagle Ave.
Alameda, CA 94501
(510) 263-8664

The case was assigned case number 19-41729.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.canb.uscourts.gov/ or at the Clerk's Office, 1300 Clay Street, Suite 300, Oakland, CA 94612.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Edward J. Emmons
Clerk, U.S. Bankruptcy Court

PACER Service Center