

The following constitutes the order of the Court.
Signed: April 25, 2020

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

SONJA NICOLLE COLBERT,

    Debtor.

Case No. 19-41729 CN
Chapter 11

**ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY**

On April 24, 2020, the court conducted a hearing on Creditors Cleveland Mitchell, Susan Cazares and Tisha Rose's Motion for Relief From Stay (the "Motion"). Appearances were stated on the record. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that the Motion is denied without prejudice.

\* \* \* END OF ORDER \* \* \*

1

ORDER DENYING MOTION FOR RELIEF FROM STAY
Case: 19-41729  Doc# 124  Filed: 04/25/20  Entered: 04/27/20 11:16:26  Page 1 of 2

Case No. 19-41729 CN

**COURT SERVICE LIST**

Sonja Nicolle Colbert
P.O. Box 31894
Oakland, CA 94604

Other recipients are ECF participants