

```
Andrew Wolff (SBN 195092)
Tony Ruch (SBN 242717)
LAW OFFICES OF ANDREW WOLFF, PC
1615 Broadway, 4th Floor
Oakland, CA 94612
Telephone: (510) 834-3300
Email: andrew@awolfflaw.com
tony@awolfflaw.com

Attorneys for Creditors
J.M. and I.S., each a minor
```

**Entered on Docket**
**January 04, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the Court.
**Signed: January 4, 2022**

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re:

SONJA NICOLLE COLBERT,

    Debtor.

Case No.: 19-41729 CN
Chapter 11

**ORDER**

The Court held a hearing on December 17, 2021 at 10:00 a.m., on the motion of minors J.M. and I.S. for an order terminating the automatic stay to allow them to pursue, prosecute and liquidate their claims against the above-captioned debtor in state court (docket item 339). Appearances were stated on the record. The Court finds that good cause exists to grant the relief requested in the motion.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The motion is GRANTED as to minors J.M. and I.S.

2. The automatic stay is modified to allow minors J.M. and I.S to litigate and obtain final nonappealable judgments in their state court claims.

3. The automatic stay is further modified to allow minors J.M. and I.S. to collect on any judgment rendered in their favor in the state court only from proceeds of any applicable insurance policies, but not from any other property of the debtor or its estate without further order of the Court.

4. The 14-day stay under Bankruptcy rule 4001(a)(3) is waived with respect to the relief granted hereunder.

APPROVAL TO FORM AND CONTENT

Dated: 1/3/22        /s/ Marc Voisenat_____
                     Marc Voisenat, Attorney for Debtor Sonja Colbert

*** END OF ORDER ***

**COURT SERVICE LIST**

ECF participants notified electronically