Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca 94501
Tel: (510) 263-8664
Fax: (510) 272-9158
Email: Voisenat@gmail.com

Attorney for Debtor-In-Possession
Sonja Nicolle Colbert
Entered on Docket
February 07, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: February 7, 2023

_____
Charles Novack
U.S. Bankruptcy Judge

## United States Bankruptcy Court

## Northern District of California

In re:

Sonja Nicolle Colbert

    Debtor-In-Possession.

Case No.: 19-41729

Chapter 11

**ORDER ON MOTION UNDER BANKRUPTCY RULE 9019 FOR APPROVAL OF SETTLEMENT WITH CSE SAFEGUARD INSURANCE COMPANY, WESTERN GOLD AGENCY, INC.**

    The debtor's Motion under Bankruptcy Rule 9019 for Approval of Settlement Agreement with CSE Safeguard Insurance Company and Western Gold Agency, Inc came on pursuant to Local Rule 9014-1(b)(3)(A). The court has considered the record, there being no objections on file and good cause appearing:

    IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

1.   The debtor's Application for Approval of the Settlement Agreement is GRANTED.

2.   The terms and conditions set forth in the Application to approve the Settlement Agreement under Bankruptcy Rule 9019, filed on January 11, 2023, as Docket No.483 is approved as an Order of the Court.

    *** END OF ORDER***

**COURT SERVICE LIST**

NONE