

The following constitutes the order of the Court.
Signed: February 7, 2023

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

SONJA NICOLLE COLBERT,

Debtor.

Case No. 19-41729 CN
Chapter 11

**ORDER SETTING CONFIRMATION HEARING ON CHAPTER 11 PLAN**

On February 3, 2023, the court conducted a hearing on the Disclosure Statement aspect of the Amended Combined Plan and Disclosure Statement. Appearances were stated on the record. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that:

1. The Objection filed by Creditor Cleveland Mitchell is overruled and the Disclosure Statement aspect of the combined document is approved.

2. Creditors who intend to vote on the Plan must send their ballots to Debtor's counsel so that he receives the ballots by **March 24, 2023**. Any interested party who intends to object to Plan confirmation shall file and serve their objection by **March 24, 2023.**

3. Debtor's counsel shall file a ballot summary and a memorandum in support of Plan confirmation by **March 28, 2023**.

4. The Plan confirmation hearing will be conducted on **March 31, 2023 at 11:00 a.m.** via Tele/Conference and in courtroom 215 of the United States Bankruptcy Court, 1300 Clay Street, Oakland, California.

**\*\*\*END OF ORDER\*\*\***

Case No. 19-41729

## COURT SERVICE LIST

**Sonja Nicolle Colbert**
P.O. Box 31894
Oakland, CA 94604

Other recipients are ECF participants.