Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca. 94501
Tel: (510) 263-8664
Fax: (510) 272-9158

Attorney for Debtor-In-Possession
Sonja Nicolle Colbert

United States Bankruptcy Court

Northern District of California

| | |
|---|---|
| In re: | Case No.: 19-41729 CN |
| Sonja Nicolle Colbert | Chapter 11 |
| Debtor-In-Possession. | **NOTICE OF HEARING FOR FINAL APPROVAL AND CONFIRMATION OF THE PLAN AND DISCLOSURE STATEMENT DATED JANUARY 3, 2023** |
| | Date: March 31, 2023<br>Time: 11:00 a.m.<br>Crtrm: 215 |

**TO ALL PARTIES IN INTEREST, PLEASE TAKE NOTICE THAT:**

An Amended Combined Plan of Reorganization and Disclosure Statement under Chapter 11 of the Bankruptcy Code was filed on January 3, 2023 by the above debtor.

    A hearing to consider the final approval of the amended disclosure statement and confirmation of the chapter 11 plan dated January 3, 2023 shall be held at 11:00 a.m., on March 31, 2023, in Courtroom 215 of the U.S. Bankruptcy Court located at 1300 Clay Street, Oakland, California, 94612.

  **NOTICE IS GIVEN** that (1) counsel, parties, and other interested parties may attend the

hearing in Webinar/AT&T Teleconference, (2) additional information is available on Judge Novack's Procedures page on the Court's website, and (3) information on how to attend the hearing by Zoom Webinar/AT&T Teleconference will be included with each calendar posted under Judge Novack's Calendar on the Court's website. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

1. <u>March 24, 2023</u> is fixed as the last day for acceptance or rejection of the Plan.

2. <u>March 24,2023</u> is fixed as the last day for filing and serving pursuant to Fed.R.Bankr.P.3020(b)(l) any written objections to confirmation of the plan.

Dated: <u>2/16/2023</u>

/s/ Marc Voisenat
Marc Voisenat – Attorney for
Debtor-In-Possession