UNITED STATES BANKRUPTCY COURT
Northern District of California

In re:  
Sonja Nicolle Colbert

Debtor(s)

Bankruptcy No.: 19-41729  
R.S. No.: 001  
Hearing Date: 04/21/2023  
Time: 10:00 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 07/30/2019   Chapter: 11  
Prior hearings on this obligation: 0   Last Day to File §523/§727 Complaints: 10/25/2019

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]  
Fair market value: $_____   Source of value: _____  
Contract Balance: $_____   Pre-Petition Default: $_____  
Monthly Payment: $_____   No. of months: _____  
Insurance Advance: $_____   Post-Petition Default: $_____  
                                No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): 2 apartment buildings in Oakland CA

Fair market value: $ 2,329,250.00   Source of value: Disclosure Statement   If appraisal, date: _____

Moving Party's position (first trust deed, second, abstract, etc.): Special administrator of estate of Dorothy Marsh, which has a claim to properties at 1864 11th Ave and 847 E 18th St, Oakland, CA

Approx. Bal. $_____   Pre-Petition Default: $_____  
As of (date): _____   No. of months: _____  
Mo. payment: $_____   Post-Petition Default: $_____  
Notice of Default (date): _____   No. of months: _____  
Notice of Trustee's Sale: _____   Advances Senior Liens: $_____

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____: | | | |
| _____: | | | |
| _____: | | | |
| (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information:

Dated: 04/07/2023

_____  
Signature  
/s/Evan Livingstone  
Print or Type Name

Attorney for Evan Livingstone

CANB Documents Northern District of California