```
Evan Livingstone (SBN 252008)
WADE LAW GROUP
A Professional Corporation
262 East Main Street
Los Gatos, CA 95030
Telephone:(408) 884-4018
Facsimile:  (408) 852-0614
Email: elivingstone@wadelitigation.com

Attorneys for Movant
Kimberly Robin Alexander
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Sonja Nicolle Colbert<br><br>Debtor(s) | Case No.   19-41729<br>Chapter     11<br><br>**NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date:   April 21, 2023<br>Time:  10:00 AM<br><br>Judge:  Hon. Charles Novack<br>Ctrm:   1300 Clay St, Ctrm 125<br>Via Zoom Video Conference |

**TO THE DEBTOR, HER ATTORNEY, THE US TRUSTEE AND THE 20 LARGEST UNSECURED CREDITORS:**

At the above date and time, Movant Kimberly Robin Alexander will move the court for an order to terminate the automatic stay pursuant to Bankruptcy Code §362(d) and Bankruptcy Rule 4001(a), in order to initiate an action in the probate division of the Superior Court of the State of California, County of Alameda, to determine the claim of the Estate of Dorothy Theresa Marsh to the real property located at 847 E 18th St, Oakland, CA 94606, and at 1864 11th Ave, Oakland, CA 94606.

Local Bankruptcy Rule 4001-1 provides that written response to this motion may, but need not be filed. However, Debtor and/or Debtor's counsel must appear at the preliminary hearing at the time and date set forth above if Debtor wishes to oppose the granting of the relief set forth in the motion.

Information on how to appear at the hearing via Zoom is available on the court's website, here: https://www.canb.uscourts.gov/judge/novack/calendar

Dated: April 7, 2023

/s/Evan Livingstone
Evan Livingstone
Attorney for Movant
Kimberly Robin Alexander