```
1  Evan Livingstone (SBN 252008)
   WADE LAW GROUP
2  A Professional Corporation
   262 East Main Street
3  Los Gatos, CA 95030
   Telephone:(408) 884-4018
4  Facsimile:  (408) 852-0614
   Email: elivingstone@wadelitigation.com
5
   Attorneys for Kimberly Robin Alexander
6
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Sonja Nicolle Colbert<br><br>Debtor(s) | Case No.    19-41729<br>Chapter      11<br><br>**CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date:    April 21, 2023<br>Time:   10:00 AM<br><br>Judge:   Hon. Charles Novack<br>Ctrm:    1300 Clay St, Ctrm 125<br>Via Zoom Video Conference |

I, Evan Livingstone, declare that on April 7, 2023 a copy of Kimberly Robin Alexander's Motion for Relief from Stay, Notice of Hearing on Motion for Relief from Stay, Relief from Stay Cover Sheet, and Declaration of Kimberly Robin Alexander was served pursuant to Bankruptcy Rule 4001 and 7004(b), on the Debtor, the US Trustee, and on the creditors included on the list filed pursuant to Rule 1007(d) (20 largest unsecured creditors), by first class mail as follows:

| | |
|---|---|
| Sonja Nicolle Colbert<br>100 Peppercord Ct.<br>Vallejo, CA 94591 | Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 |
| City of Oakland<br>250 Frank H. Ogawa Plaza<br>Suite 1320<br>Oakland, CA 94612 | City Of Richmond<br>450 Civic Center Plaza<br>Richmond, CA 94804 |

| | | |
|---|---|---|
| | Cleveland Mitchell<br>c/o Andrew Wolff<br>1615 Broadway 4th floor<br>Oakland, CA 94612 | Corey Yarber, Andrew Landgraf, Hunter Steer<br>836 S. th 49th Street<br>Richmond, CA 94804 |
| | CSE Safeguard Insurance Company<br>c/o Bridget Moorhead, Mark Inbody<br>101 W. Broadway, Suite 1330<br>San Diego, CA 92101 | Dennis Kershes<br>1864 11th Ave. #3<br>Oakland, CA 94606 |
| | Donald Ray Antoine; Brandon Antoine, Delphine Bacon<br>c/o East Bay Community Law Center<br>Berkeley, CA 94703 | Keith Mcquire<br>847 E. 18th Street #3<br>Oakland, CA 94606 |
| | Mada Woodard, Justin Lee, Stephen Celest<br>7974 MacArthur Blvd #B<br>Oakland, CA 94605 | Marc Mattonen<br>1864 11th Ave #2<br>Oakland, CA 94606 |
| | Oren Mizrahi<br>7970 MacArthur Blvd<br>Oakland, CA 94605 | Rene Centeno, Alma Centeno<br>156 Marcus Ave<br>Richmond, CA 94801 |
| | Robert Kurtz<br>847 E. 18th Street #2<br>Oakland, CA 94606 | Sergio M. Ontiveros, Serio P. Ontiveros<br>156 Marcus Ave<br>Richmond, CA 94801 |
| | Snowvia Rodgers<br>1109 Seminary Ave #3<br>Oakland, CA 94621 | Tanika Latoya Reed<br>7972 MacArthur Blvd<br>Oakland, CA 94605 |
| | Tiffany Hampton Amons Joseph Amons<br>1109 Seminary Ave #3<br>Oakland, CA 94621 | Tisha C. Rose<br>c/o Law Offices of Andrew Wolf, P.C.<br>1615 Broadway 4th Flr<br>Oakland, CA 94612-2171 |
| | Turean Tyrone Bowman<br>7974 MacArthur Blvd #A<br>Oakland, CA 94605 | Viridiana Ontiveros<br>156 Marcus Ave<br>Richmond, CA 94801 |
| | Wells Fargo | Western Gold Insurance Agency |

| | | |
|---|---|---|
| 1 | P.O. Box 14411<br>Des Moines, IA 50306 | c/o Hinshaw & Culbertson Edward Donohue<br>18th & 19th Floor<br>1 California Street<br>San Francisco, CA 94111 |
| 4 | Zenobia Ritter<br>847 E. 18th Street #4<br>Oakland, CA 94606 | Verizon<br>By American InfoSource as agent<br>PO Box 4457<br>Houston TX 77210-4457 |
| 7 | Susan Cazares<br>c/o Law Offices of Andrew Wolf, P.C.<br>1615 Broadway 4th Flr<br>Oakland, CA 94612-2171 | Doris De Leon<br>c/o Katherine P. Gardner, Esq.<br>601 Montgomery St, 9th Flr<br>San Francisco, CA 94111-2603 |

I declare the above facts to be true under penalty of perjury of the laws of the United States.

Executed in Santa Rosa, CA on April 7, 2023         /s/Evan Livingstone
                                                    Evan Livingstone