

Evan Livingstone (SBN 252008)
WADE LAW GROUP
A Professional Corporation
262 East Main Street
Los Gatos, CA 95030
Telephone:(408) 884-4018
Facsimile: (408) 852-0614
Email: elivingstone@wadelitigation.com

Attorneys for Movant
Kimberly Robin Alexander

The following constitutes the order of the Court.
Signed: May 16, 2023

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Sonja Nicolle Colbert<br><br>Debtor(s) | Case No.  19-41729<br>Chapter  11<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: May 12, 2023<br>Time: 11:00 AM<br><br>Judge: Hon. Charles Novack<br>Ctrm: 1300 Clay St, Ctrm 125<br>Via Zoom Video Conference |

The Court held a hearing on May 12, 2023 at 11:00 AM, on the motion of Kimberly Robin Alexander for an order terminating the automatic stay to allow her to prosecute an action against the above-captioned debtor in state court (Doc# 512). Appearances were stated on the record. The Court finds that good cause exists to grant the relief requested in the motion.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The motion is GRANTED as to Kimberly Robin Alexander.

2. The automatic stay is modified to allow Kimberly Robin Alexander to litigate an action in the Superior Court of California, County of Alameda, on behalf of the Estate of Dorothy Theresa Marsh, concerning title to the real property located at 847 E 18th St, Oakland, CA 94606, and at 1864 11th Ave, Oakland, CA 94606.

*** END OF ORDER ***

**Court Service List**